IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 18 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | No. CR 21-020 G |
| THOMAS WILLIAM REINBOLD, | ) | Violations: 21 U.S.C. § 846 |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about June 2020, the exact date being unknown to the Grand Jury, and continuing thereafter through in or about September 2020, in the Western District of Oklahoma,

-------------------------- THOMAS WILLIAM REINBOLD --------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Felon in Possession of a Firearm)

On or about September 4, 2020, in the Western District of Oklahoma,

-------------------------- **THOMAS WILLIAM REINBOLD,** --------------------------

with knowledge that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, to wit: a Fabbrica d'Armi Pietro Beretta (Beretta), model APX, 9mm caliber pistol, bearing serial number A062812X, which was in and affecting interstate commerce in that the firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense set forth in Count 1 of this Indictment, **THOMAS WILLIAM REINBOLD** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

Likewise, upon conviction of any of the offenses set forth in Counts 1 and 2 of this Indictment, **THOMAS WILLIAM REINBOLD** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

1. a Fabbrica d'Armi Pietro Beretta (Beretta), model APX, 9mm caliber pistol, bearing serial number A062812X.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

BOW BOTTOMLY
Assistant United States Attorney